| | | |
|---|---|---|
| PAULA JEAN TENNYSON<br>909 COUNTY LINE GROCERY RD<br>PRESTON, MS 39354 | INTERNATIONAL COLLECT<br>PO BOX 692715<br>ORLANDO, FL 32869 | SPIRE RECOVERY SOLUTIO<br>57 CANAL STREET SUITE<br>LOCKPORT, NY 14094 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | JORA CREDIT<br>P.O. BOX 8407<br>PHILADELPHIA, PA 19101 | SPOT LOAN<br>PO BOX 927<br>PALATINE, IL 60078-0927 |
| ADVANCE FINANCIAL<br>100 OCEANSIDE DRIVE<br>NASHVILLE, TN 37204 | JPMCB<br>MAILCODE LA4-7100<br>700 KANSAS LANE<br>MONROE, LA 71203 | SPRING OAKS CAPITAL<br>ATTN: BANKRUPTCY<br>P.O. BOX 1216<br>CHESAPEAKE, VA 23327 |
| ASPIRE CREDIT CARD<br>ATTN: BANKRUPTCY<br>PO BOX 105555<br>ATLANTA, GA 30348 | LVNV FUNDING<br>ATTN: BANKRUPTCY<br>PO BOX 10497<br>GREENVILLE, SC 29603 | |
| CASH ADVANCE<br>159 HWY 15 S<br>LOUISVILLE, MS 39339 | MENDELSON LAW FIRM<br>PO BOX 17235<br>MEMPHIS, TN 38187 | |
| FIRST NATAIONAL BANK<br>ATTN: BANKRUPTCY<br>PO BOX 5097<br>SIOUX FALLS, SD 57117 | MERIT HEALTH RIVER OAK<br>1030 RIVER OAKS DR<br>FLOWOOD, MS 39232 | |
| FIRST PREMIER BANK<br>601 S. MINNESOTA AVE<br>SIOUX FALLS, SD 57104 | ONEMAIN FINANCIAL<br>ATTN: BANKRUPTCY<br>PO BOX 142<br>EVANSVILLE, IN 47701 | |
| FRANKLIN COLLECTION<br>P.O. BOX 3910<br>TUPELO, MS 38803 | PLAIN GREEN<br>327 W 4TH<br>HUTCHINSON, KS 67501 | |
| HALSTEAD FINANCIAL<br>P.O. BOX 828<br>SKOKIE, IL 60076 | PROFESSIONAL FINANCE<br>5754 W 11TH ST<br>STE 100<br>GREELEY, CO 80634 | |